**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS CEJA, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>        Defendants. | Case No. EDCV 12-00466 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Court's May 31, 2012, Minute Order, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated:  June 1, 2012            _____
                                    VIRGINIA A. PHILLIPS
                                United States District Judge